# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

_____ Division

Robert Clark

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Lee H. Davidson
Jordan R. Hartman

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 4:23-cv-00059-SEB-KMB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

**FILED**
**04/13/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Robert Clark
- Address: 212 W Carr St. P.O. Box 281
  - City: Milan
  - State: IND
  - Zip Code: 47031
- County: Ripley
- Telephone Number: 352-446-8121
- E-Mail Address: NASTYRED0714@G-MAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Lee H. Davidson
- Job or Title (if known): Deputy Ripley County Sheriff
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):

[✓] Individual capacity   [ ] Official capacity

**Defendant No. 2**
- Name: Jordan R. Hartman
- Job or Title (if known): Deputy Ripley County Sheriff
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):

[✓] Individual capacity   [ ] Official capacity

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) (adapted from AO Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**Defendant No. 3**
Name: _____
Job or Title *(if known)*: _____
Address: _____
City _____ State _____ Zip Code _____
County: _____
Telephone Number: _____
E-Mail Address *(if known)*: _____

[✓] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

**A.** Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)
[✓] State or local officials (a § 1983 claim)

**B.** Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Excessive force, Seziure of Personal Propert without warrent, Malicious Prosecution, Tampering with Evidence / Destroying Evidence*

**C.** Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____
_____

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) (adapted from AO Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

B.P. GAS STATION DELAWARE IND

B. What date and approximate time did the events giving rise to your claim(s) occur?

1-19-23 - 5:40 PM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ON 1-19-23 I WAS PASSENGER IN VEHICLE STOPED AT BP GAS STATION, I WENT TO GET OUT OFFICER TURNED ON HIS BLUE LIGHTS AND SCREAMED GET BACK IN THE GOD DAMN TRUCK, OFFICER GOT OUT OF PATROL CAR AND OPENED BACK PASSENGER DRIVER SIDE DOOR AND STOOD BEHIND IT MAKING MOTIONS THAT LOOKED LIKE HE WAS REMOVING ITEMS FROM HIS UNIFORM, I PULLED MY CELL PHONE OUT AND STARTED TO RECORD HIS ACTIONS, IN LOUD VOICE I ASKED FOR HIS NAME AND BADGE NUMBER, I WAS MORE THAN 25 FEET AWAY FROM HIM HE PULLED WEAPON AND SCREAMED NOT TO WALK UP ON HIM, I WAS MORE THAN 25 FEET AWAY FROM HIM AND NOT POSSING ANY THREAT, NOR WAS I MAKING ANY AGGRESSIVE MOTIONS TOWARDS HIM, I TURNED AND VERY CALMLY WALKED APPOX 10 FEET BACK TO PASSENGER DOOR OF MY TRUCK. OFFICER RUNS UP WITH GUN DRAWN GRABS ME, SLINGS ME TO THE GROUND AND STARTS REPETEDLY PUNCHING ME IN THE SIDES AND HEAD, THIS CONTINUED FOR 3-4 MINUTES UNTILL PASSERBY ASKED IF HE NEEDED HELP, THEN HE STOPPED PUNCHING ME AND PUT HANDCUFFS ON ME. OFFICER JORDAN HARTMAN TOOK ME TO RIPLEY COUNTY JAIL WHERE HE TOOK MY PHONE WITHOUT WARRENT PHONE WAS HELD FOR 2 WEEK BEFOR WARRENT WAS ISSUED FOR THE SEZIURE AND SEARCH, VIDEO WAS NOT ON PHONE, CHARLOTTE CUMMING LOOKED AT VIDEO BEFOR POLICE TOOK PHONE OUT OF TRUCK SHE ALSO WITNESSED ENTIRE INCIDENT- SEE ATTACHED PAGE

Page 4 of 6

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I HAVE NIGHTMARES ABOUT THIS, & NO LONGER TRUST POLICE OR PROSECUTOR OFFICE. THIS HAS GREATLY REDUCED MY ABILITY TO BELIVE IN THE JUSTICE SYSTEM, AND I NOW HAVE PTSD AND I'm GOING TO HAVE TO SEE COUNSOLER

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WANT BOTH OFFICER TO BE STRIPPED OF POLICE CERTIFICATION OFFICER DAVIDSON HAS LIED TO COVER HIS ACTIONS

I AM SEEKING 1 MILLION DOLLARS FOR MENTAL + EMOTIONAL STRESS AND DAMAGES

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-5-23

Signature of Plaintiff: Robert Clark
Printed Name of Plaintiff: Robert CLARK

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**B.    For Attorneys**

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney _____
Bar Number              _____
Name of Law Firm        _____
Address                 _____
                        _____
                        _____  _____  _____
                          City      State   Zip Code

Telephone Number        _____
E-mail Address          _____

Plaintiff, was spent more than 3 months in jail due to officer Davidson false report of resisting arrest. The entire incident was captured on video obtained from BP gas station in Delaware IND and were admitted as evidence in cause # 69D01-2301-F6-000012. Video shows officer throwing plaintiff to ground and viciously beating unarmed plaintiff who was clearly not fleeing or resisting as falsely stated in arrest report and criminal charging information. Jordan Hartman did knowingly violate 4th Amendment rights by taking cell phone without warrent. The video I recorded was destroyed; without my consent by officers Davidson and Hartman