UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ROBERT CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:23-cv-00059-SEB-KMB |
| | ) |
| LEE H. DAVIDSON Deputy Ripley County Sheriff, | ) |
| JORDAN R. HARTMAN Deputy Ripley County Sheriff, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court having this day entered its Order directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing by his complaint, and this action is terminated.

IT IS SO ORDERED.

Date: 7/2/2025

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ROBERT CLARK
29922
RIPLEY COUNTY JAIL - Inmate Mail
210 N Monroe St
Versailles, IN 47042

Douglas Alan Hoffman
Carson LLP
hoffman@carsonllp.com